BROWNSTEIN HYATT FARBER SCHRECK, LLP
Barry B. Langberg, Bar No. 48158
BLangberg@bhfs.com
Mitchell J. Langberg, Bar No. 171912
MLangberg@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, CA  90067

Telephone:  310.500.4600
Facsimile:  310.500.4602

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
MEGAN OLIVER THOMPSON, SBN 256654
moliverthompson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WYNN AND WYNN RESORTS LIMITED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES CHANOS,<br><br>　　　　Defendant. | Case No.<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

　　　　Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1 Wynn Resorts Limited is a publicly traded company. T. Rowe Price Group, Inc. owns more than
2 10% of the outstanding shares of Wynn Resorts Limited.

Dated: September 25, 2014     BROWNSTEIN HYATT FARBER
                                                               SCHRECK, LLP
                                                               BARRY B. LANGBERG

                                                               By:/s/ Mitchell J. Langberg
                                                                    MITCHELL J. LANGBERG
                                                                    Attorneys for Plaintiff

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
2049 CENTURY PARK EAST, SUITE 3550
LOS ANGELES, CA 90067

2                                                    CERTIFICATION OF INTERESTED
                                                              ENTITIES OR PERSONS