1  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   BARRY B. LANGBERG, SBN 48158
2  blangberg@bhfs.com
   MITCHELL J. LANGBERG, SBN 171912
3  mlangberg@bhfs.com
   2049 Century Park East, Suite 3550
4  Los Angeles, CA  90067
   Telephone:   (310) 500-4600
5  Facsimile:   (310) 541-9366

6  HANSON BRIDGETT LLP
   LAWRENCE M. CIRELLI, SBN 114710
7  lcirelli@hansonbridgett.com
   MEGAN OLIVER THOMPSON, SBN 256654
8  moliverthompson@hansonbridgett.com
   425 Market Street, 26th Floor
9  San Francisco, California 94105
   Telephone:   (415) 777-3200
10 Facsimile:   (415) 541-9366

11 Attorneys for Plaintiffs
   STEPHEN WYNN and
12 WYNN RESORTS LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STEPHEN WYNN AND WYNN RESORTS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES CHANOS,<br><br>Defendant. | CASE NO. C 14-04329 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|---|---|

9989347.1

C 14-04329 MEJ

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Plaintiffs Stephen Wynn and Wynn Resorts Limited **decline** to have a United States Magistrate Judge conduct all further proceedings in this case and hereby request that this case be reassigned to a United States District Judge.

DATED: October 6, 2014					HANSON BRIDGETT LLP


							By: /s/Megan Oliver Thompson
							LAWRENCE M. CIRELLI
							MEGAN OLIVER THOMPSON
							Attorneys for Plaintiffs
							STEPHEN WYNN and
							WYNN RESORTS LIMITED