1

ARNOLD & PORTER LLP
KENNETH G. HAUSMAN (No. 57252)
kenneth.hausman@aporter.com]

2

DOUGLAS A. WINTHROP (No. 183532)
douglas.winthrop@aporter.com

3

JULIAN Y. WALDO (No. 277783)
julian.waldo@aporter.com

4

Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024

5

Telephone:    415.471.3100

6

Facsimile:    415.471.3400

7

BOSTWICK LAW
GARY L. BOSTWICK (No. 79000)

8

gbostwick@B1law.com
12400 Wilshire Blvd., Suite 400

9

Los Angeles, CA 90025
Telephone:    310.979.6059

10

Facsimile:    424. 228.5975

11

Attorneys for Defendant
JAMES CHANOS

12

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

SAN FRANCISCO DIVISION

16

17

| | |
|---|---|
| STEPHEN WYNN and WYNN RESORTS LIMITED, | Case No.: CV 14-4329 WHO |
| Plaintiffs, | **DECLARATION OF DEFENDANT JAMES CHANOS IN SUPPORT OF HIS SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT AND REQUEST FOR ATTORNEYS' FEES** |
| v. | |
| JAMES CHANOS, | Date: December 3, 2014 |
| Defendant. | Time: 2:00 p.m. |
| | Courtroom: 2 |
| | Judge: Hon. William H. Orrick |
| | Complaint Filed: September 25, 2014 |

18

19

20

21

22

23

24

25

26

27

28

I, James Chanos, declare:

1.     I make this declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto.

2.     I am an owner and manager of a private investment management firm, Kynikos Associates LP.  Kynikos invests in companies after conducting financial analysis into them.  While Kynikos takes both long (profiting if the stock goes up in value) and short (profiting if the stock goes down in value) positions, Kynikos is best known for the short positions it has taken.

3.     In the case of Enron, Kynikos investigated and analyzed Enron.  We spoke with analysts and reporters about the company and analyzed its publicly available financial information.  Ultimately, we took a profitable, short position in Enron.

4.     In addition to managing Kynikos, I lecture at the Yale School of Management and teach an annual seminar at the Stanford University Graduate School of Business.

5.     In early 2014, Lowell Bergman, a professor in the UC Berkeley Graduate School of Journalism and a producer and correspondent for the PBS documentary series Frontline, invited me to be a panelist at the 8th Annual Reva & David Logan Investigative Reporting Symposium, held at the U.C. Berkeley Graduate School of Journalism on April 25, 2014.  I was already scheduled to be in the Bay Area for the annual seminar at Stanford during that time period, and I agreed to be on the symposium panel.

6.     The topic of the symposium was a PBS Frontline documentary Mr. Bergman was preparing, titled "The Gods of Gambling."  The documentary concerned issues surrounding the gambling industry in Macau.  The audience at the symposium included journalists, law enforcement officials, and academics.

7.     At the symposium, in response to a question from Mr. Bergman, I described reasons why Kynikos had sold its stock holdings (long positions) in Macau casino operators.  Kynikos sold that stock after researching the Macau gambling industry and the casinos operating there.  That research included reviewing publicly available articles, reports, filings and investigations concerning the gambling industry in Macau and Macau casino operators, including Wynn Resorts Limited.

CHANOS DECLARATION ISO SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT AND REQUEST FOR ATTORNEYS' FEES

Case No.: CV 14-4329 WHO

8.      At the time of the April 25, 2014 symposium and within the two months before and after the symposium, neither I nor Kynikos held any position, long or short, in the stock of any Macau casino operators.  I had no intention to affect the stock price of any Macau casino operator with my comments at the symposium.

9.      I have stayed at the Wynn Las Vegas and Encore at Wynn Las Vegas hotels.  I briefly met Mr. Wynn at one or both of those hotels and at one fundraising dinner.  My contact with Mr. Wynn has been infrequent but always cordial.

10.     I have no ill will or hatred towards Mr. Wynn or Wynn Resorts Limited, and had none on April 25, 2014, the date of the symposium.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of October, 2014, in London, England.

James Chanos