ARNOLD & PORTER LLP
KENNETH G. HAUSMAN (No. 57252)
kenneth.hausman@aporter.com
DOUGLAS A. WINTHROP (No. 183532)
douglas.winthrop@aporter.com
JULIAN Y. WALDO (No. 277783)
julian.waldo@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   415.471.3100
Facsimile:    415.471.3400

BOSTWICK LAW
GARY L. BOSTWICK (No. 79000)
gbostwick@B1law.com
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Telephone:   310.979.6059
Facsimile:    424.228.5975

Attorneys for Defendant
JAMES CHANOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN WYNN and WYNN RESORTS LIMITED,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES CHANOS,<br><br>　　　　　　　Defendant. | Case No.: CV 14-4329 WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date: December 3, 2014<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. William H. Orrick<br><br>Complaint Filed: September 25, 2014 |

1    Defendant James Chanos's Motion to Dismiss Plaintiffs' Complaint ("Motion") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure came on regularly for hearing on December 3, 2014 at 2:00 p.m. before The Honorable William H. Orrick in Courtroom 2 of the United States District Court, Northern District of California, San Francisco Division.  At the hearing, Arnold & Porter LLP appeared on behalf of Defendant James Chanos and Brownstein Hyatt Farber Schreck, LLP appeared on behalf of Plaintiffs Stephen Wynn and Wynn Resorts, Limited.  After full consideration of the Complaint, Defendant's Request for Judicial Notice and the parties' briefing filed in support of and in opposition to the Motion and the oral argument of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Motion is GRANTED and, since it would be futile for Plaintiffs' to amend, Plaintiffs' Complaint is dismissed without leave to amend.


Date:


_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE