1 | BROWNSTEIN HYATT FARBER SCHRECK, LLP
BARRY B. LANGBERG, SBN 48158
2 | BLangberg@bhfs.com
MITCHELL J. LANGBERG, SBN 171912
3 | MLangberg@bhfs.com
2049 Century Park East, Suite 3550
4 | Los Angeles, CA  90067
Telephone:  310.500.4600
5 | Facsimile:  310.500.4602

6 | HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
7 | lcirelli@hansonbridgett.com
MEGAN OLIVER THOMPSON, SBN 256654
8 | moliverthompson@hansonbridgett.com
425 Market Street, 26th Floor
9 | San Francisco, California 94105
Telephone:     (415) 777-3200
10 | Facsimile:      (415) 541-9366

11 | Attorneys for Plaintiffs, STEPHEN WYNN and
WYNN RESORTS LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STEPHEN WYNN AND WYNN RESORTS LIMITED, | Case No.  3:14-cv-04329-WHO |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER RE BRIEFING ON DEFENDANT'S SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS AND ON PLAINTIFFS' TO-BE-FILED MOTION FOR LIMITED PRE-HEARING DISCOVERY** |
| v. | |
| JAMES CHANOS, | |
| Defendant. | Complaint Filed:  September 25, 2014 |

The parties to the above-entitled action enter into this Stipulation and Order based upon the following facts:

1.     Plaintiffs filed their complaint in this action on September 25, 2014;

2.     On October 20, 2014, Defendant timely filed his Special Motion to Strike pursuant to California Code of Civil Procedure section 425.16 and his Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Defendant's Motions").   Defendant's Motions are set

-1-

for hearing on December 3, 2014;

3. Pursuant to Local Rule 7-3(a), Plaintiffs' oppositions to Defendant's Motions currently would be due on November 3, 2014.  Pursuant to Local Rule 7-3(c), Defendant's replies currently would be due on November 10, 2014;

4. Plaintiffs contend and Defendant disputes that Plaintiffs should be allowed to conduct limited pre-hearing discovery pursuant to California Code of Civil Procedure section 425.16(g) and Plaintiffs intend to file a motion requesting such discovery (the "Plaintiffs' Discovery Motion") by Monday, October 27, 2014;

5. In light of the current schedule, there may not be sufficient time for Plaintiffs' Discovery Motion to be resolved before Plaintiffs would need to file their oppositions to Defendant's Motions;

6. In order to avoid the necessity of a Motion to Extend Time and to preserve the current December 3, 2014, hearing date on Defendant's Motions, the parties have stipulated and agreed to an expedited briefing schedule on Plaintiffs' Discovery Motion and an extended briefing schedule on Defendant's Motions, while still providing for all briefing to be completed and filed on Defendant's Motions at least two weeks before the December 3, 2014 hearing; and

7. In the event that Plaintiffs' Discovery Motion is granted or is not decided by noon on Thursday, November 6, 2014, the parties will meet and confer in good faith regarding whether the hearing date on Defendant's Motions should be maintained or continued.

WHEREFOR, the parties to the above-referenced action stipulate, by and through their respective counsel of record, as follows:

1. Plaintiffs shall file Plaintiffs' Discovery Motion by 5:00 p.m., October 27, 2014;

2. Defendant shall file its opposition to the Discovery Motion by 5:00 p.m., October 31, 2014;

3. Thereafter, the Court may rule on Plaintiffs' Discovery Motion with or without a hearing and without reply briefing;

4. Plaintiffs' oppositions to Defendant's Motions shall be filed by November 10, 2014;

5. Defendant's replies in support of Defendant's Motions shall be filed by November 19, 2014;

6. The hearing on Defendant's Motions shall remain on December 3, 2014, at 2:00 p.m.; and

7. In the event the Court grants Plaintiffs' Discovery Motion in whole or in part, or in the event the Court has not ruled upon Plaintiffs' Discovery Motion prior to noon on November 6, 2014, the parties will meet and confer in good faith to determine whether the hearing date on Defendant's Motions should be maintained or continued from December 3, 2014, to a later date.

Dated: October 24, 2014                  Respectfully,

                                         BROWNSTEIN HYATT FARBER
                                         SCHRECK, LLP
                                         BARRY B. LANGBERG
                                         MITCHELL J. LANGBERG


                                         By: /s/ Mitchell J. Langberg
                                             MITCHELL J. LANGBERG
                                             Attorneys for Plaintiffs, STEPHEN
                                             WYNN and WYNN RESORTS LIMITED

Dated: October 24, 2014                  Respectfully,

                                         ARNOLD & PORTER LLP
                                         KENNETH G. HAUSMAN
                                         DOUGLAS A. WINTHROP
                                         JULIAN Y. WALDO


                                         By:  /s/ Kenneth G. Hausman
                                              KENNETH G. HAUSMAN

                                         Attorneys for Defendant, JAMES CHANOS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 24, 2014                  _____
                                         WILLIAM H. ORRICK
                                         United States District Judge

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 CENTURY PARK EAST, SUITE 3550
LOS ANGELES, CA 90067