BROWNSTEIN HYATT FARBER SCHRECK, LLP
BARRY B. LANGBERG, SBN 48158
blangberg@bhfs.com
DEBORAH DROOZ, Bar No. 133355
ddrooz@bhfs.com
MITCHELL J. LANGBERG, SBN 171912
mlangberg@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone:  310.500.4600
Facsimile:  310.500.4602

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
MEGAN OLIVER THOMPSON, SBN 256654
moliverthompson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Plaintiffs, STEPHEN WYNN and WYNN RESORTS LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STEPHEN WYNN AND WYNN RESORTS LIMITED,<br><br>   Plaintiffs,<br><br> v.<br><br>JAMES CHANOS,<br><br>   Defendant. | Case No.  14-cv-04329-WHO<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

### CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Santa Barbara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Brownstein Hyatt Farber Schreck, LLP, 1020 State Street, Santa Barbara, California 93101-2711. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 23, 2014, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

1. ORDER REASSIGNING CASE

2. CASE MANAGEMENT CONFERENCE ORDER;

3. JUDGE ORRICK'S STANDING ORDER FOR CIVIL CASES

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| ARNOLD & PORTER LLP | BOSTWICK LAW |
| KENNETH G. HAUSMAN | GARY L. BOSTWICK |
| DOUGLAS A. WINTHROP | 12400 Wilshire Blvd., Suite 400 |
| JULIAN Y. WALDO | Los Angeles, CA  90025 |
| Three Embarcadero Center, 10th Floor | Telephone:  310.979.6059 |
| San Francisco, CA  94111-4024 | Facsimile:  424.228.5975 |
| Telephone:  415.471.3100 | |
| Facsimile:  415.471.3400 | |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 23, 2014, at Santa Barbara, California.

_____
Melissa A. Eldridge

CERTIFICATE OF SERVICE
Case No. 14-cv-04329-WHO