ARNOLD & PORTER LLP
KENNETH G. HAUSMAN (No. 57252)
kenneth.hausman@aporter.com
DOUGLAS A. WINTHROP (No. 183532)
douglas.winthrop@aporter.com
JULIAN Y. WALDO (No. 277783)
julian.waldo@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   415.471.3100
Facsimile:    415.471.3400

BOSTWICK LAW
GARY L. BOSTWICK (No. 79000)
gbostwick@B1law.com
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Telephone:   310.979.6059
Facsimile:    424.228.5975

Attorneys for Defendant
JAMES CHANOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN WYNN and WYNN RESORTS LIMITED,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JAMES CHANOS,<br><br>                    Defendant. | Case No.: CV 14-4329 WHO<br><br>Complaint Filed:   September 25, 2014<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT JAMES CHANOS'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRE-HEARING DISCOVERY**<br><br>Date:           November 5, 2014<br>Time:          2:00 p.m.<br>Courtroom:   2<br><br>Hon. William H. Orrick |

**REQUEST FOR JUDICIAL NOTICE**

Defendant James Chanos hereby requests, pursuant to Federal Rule of Evidence 201 and the authority discussed herein, that the Court take judicial notice of the following document listed below and attached hereto in support of Defendant James Chanos's Opposition to Plaintiffs' Motion for Pre-Hearing Discovery:

1. A copy of an article from GGRAsia titled "*Boston to eye Chinese players: Steve Wynn – Exclusive*," dated October 1, 2014, attached hereto as **Exhibit 1**.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Courts may take judicial notice of facts that are "not subject to reasonable dispute," such as when they can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Court have frequently found it appropriate to take judicial notice of news articles regarding stock or corporate activities. *See Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.18 (9th Cir. 1999) ("We take judicial notice that the market was aware of the information contained in news articles . . . ") (citation omitted); *see also In re White Elec. Designs Corp. Sec. Litig.*, 416 F. Supp. 2d 754, 760 (D. Ariz. 2006) ("[J]udicial notice is appropriate for SEC filings, press releases, and accounting rules as they are capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned" (citation and internal quotation marks omitted)).

Accordingly, Mr. Chanos respectfully requests that the Court take judicial notice of the document attached hereto as Exhibits 1.

Dated: October 31, 2014	Respectfully,

	ARNOLD & PORTER LLP

	By: */s/ Kenneth G. Hausman*
	    KENNETH G. HAUSMAN

	Attorneys for Defendant JAMES CHANOS

Dated: October 31, 2014	BOSTWICK LAW

	By: */s/ Gary L. Bostwick*
	    GARY L BOSTWICK

	Attorneys for Defendant JAMES CHANOS