UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WYNN, et al., <br> Plaintiffs, <br> v. <br> JAMES CHANOS, <br> Defendant. | Case No. 14-cv-04329-WHO <br><br> **ORDER DENYING DISCOVERY PRIOR TO ANTI-SLAPP MOTION** <br> Re: Dkt. No. 21 |

Plaintiffs Stephen Wynn and Wynn Resorts Limited (collectively "Wynn") seek discovery prior to the hearing on defendant James Chanos's anti-SLAPP motion, scheduled for December 3, 2014. Having reviewed the papers filed in connection with Wynn's motion, I find this matter suitable for decision without oral argument and VACATE the hearing set for November 5, 2014. Wynn's motion is DENIED.

Chanos argues there are four independent reasons Wynn cannot show a probability of prevailing on the slander per se claim, at least three of which can be decided on the papers without discovery. Dkt. No. 25, p. 1-2. Wynn's counsel agrees that two of the issues can be decided without discovery except for some video clips shown during the same presentation where the allegedly defamatory statement was made; these video clips feature neither Chanos nor any statements made by him. Dkt. 21-1 (Langberg Decl.), p.3. Having read the relevant portions of the presentation transcript and the other papers filed in connection with Wynn's motion, it appears to me that there are legal issues asserted in Chanos's anti-SLAPP motion that will not be illuminated by discovery. I do not understand why the video clips are essential for Wynn's opposition to the motion on those issues, or how the video clips would help me decide whether Chanos made the defamatory statement alleged, whether it is an opinion or a factual assertion, or

whether it was reasonably based on Wynn's own admissions in SEC filings and other judicially noticeable material.

If my review of the anti-SLAPP motion and opposition shows that discovery is necessary before I render an opinion, I will allow discovery at that time. My duty under Rule 1 of the Federal Rules of Civil Procedure to administer and determine this matter in a just, speedy and inexpensive manner compels me to DENY Wynn's motion.

**IT IS SO ORDERED**.

Dated: November 4, 2014



WILLIAM H. ORRICK
United States District Judge