1  ARNOLD & PORTER LLP
   KENNETH G. HAUSMAN (No. 57252)
2  kenneth.hausman@aporter.com]
   DOUGLAS A. WINTHROP (No. 183532)
3  douglas.winthrop@aporter.com
   JULIAN Y. WALDO (No. 277783)
4  julian.waldo@aporter.com
   Three Embarcadero Center, 10th Floor
5  San Francisco, CA 94111-4024
   Telephone:    415.471.3100
6  Facsimile:    415.471.3400

7  BOSTWICK LAW
   GARY L. BOSTWICK (No. 79000)
8  gbostwick@B1law.com
   12400 Wilshire Blvd., Suite 400
9  Los Angeles, CA 90025
   Telephone:    310.979.6059
10 Facsimile:    424. 228.5975

11 Attorneys for Defendant
   JAMES CHANOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN WYNN and WYNN RESORTS LIMITED,<br><br>    Plaintiffs,<br><br>  v.<br><br>JAMES CHANOS,<br><br>    Defendant. | Case No.: CV 14-4329 WHO<br><br>**REPLY DECLARATION OF DEFENDANT JAMES CHANOS IN SUPPORT OF HIS SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT AND REQUEST FOR ATTORNEYS' FEES**<br><br>Date: December 3, 2014<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. William H. Orrick<br><br>Complaint Filed: September 25, 2014 |

I, James Chanos, declare:

1. I make this declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto.

2. At the April 25, 2014 symposium at the UC Berkeley Graduate School of Journalism, I stated that while we were short certain China stocks in 2009-10, we actually were long the stock of the Macau casino operators. I said specifically: "And when we first put our short bet on in China in late '09, 2010 that David wrote about, we were actually long Macau casinos . . . ." In Plaintiffs' Opposition to my anti-SLAPP special motion to strike, page 18, lines 7-8, Plaintiffs reverse this and claim that we "took a short position in Macau casinos in late 2009,2010." Their claim is not true and is without any basis.

3. In 2010, we took a long position in the stock of certain Macau casino operators (including Wynn Resorts Limited). We sold our long positions in Macau casino operators in May 2012, influenced by publicly reported risks under the FCPA and the way business is done there, including without limitation Wynn Resorts Limited's SEC filings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of November, 2014, in New York, New York.

_____
James Chanos