ARNOLD & PORTER LLP
KENNETH G. HAUSMAN (No. 57252)
kenneth.hausman@aporter.com
DOUGLAS A. WINTHROP (No. 183532)
douglas.winthrop@aporter.com
JULIAN Y. WALDO (No. 277783)
julian.waldo@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:      415.471.3100
Facsimile:      415.471.3400

BOSTWICK LAW
GARY L. BOSTWICK (No. 79000)
gbostwick@B1law.com
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Telephone:      310.979.6059
Facsimile:      424.228.5975

Attorneys for Defendant
JAMES CHANOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN WYNN and WYNN RESORTS LIMITED,<br><br>          Plaintiffs,<br><br>     v.<br><br>JAMES CHANOS,<br><br>          Defendant. | Case No.: CV 14-4329 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: September 25, 2014 |

1    The parties to the above-entitled action, by and between their counsel of record, stipulate as

2  follows:

3    1.    Plaintiffs Stephen Wynn and Wynn Resorts Limited filed this case on September 25,

4  2014, stating a single claim for slander *per se*.  On October 20, 2014, Defendant James Chanos filed

5  a special motion to strike and a motion to dismiss.

6    2.    On December 16, 2014, the Court granted Mr. Chanos's motion to dismiss and

7  denied Mr. Chanos's special motion to strike without prejudice.  The Court ordered that if Plaintiffs

8  wish to amend their Complaint, they must do so by January 13, 2015.

9    3.    The initial case management conference is currently set for January 13, 2015.

10    4.    Given that there is currently no operative pleading in this case, the parties stipulate to

11  continue the initial case management conference from January 13, 2015, to March 17, 2015 at 2:00

12  P.M. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

13  Dated: January 5, 2015                    Respectfully,

14                                            BROWNSTEIN HYATT FARBER
                                              SCHRECK, LLP
15                                            BARRY B. LANGBERG

16
                                             By: */s/ Mitchell J. Langberg*
17                                               MITCHELL J. LANGBERG
                                                 Attorneys for Plaintiffs, STEPHEN
18                                               WYNN and WYNN RESORTS LIMITED

19  Dated:  January 5, 2015                   ARNOLD & PORTER LLP
                                              KENNETH G. HAUSMAN
20

21                                           By: */s/ Kenneth G. Hausman*
                                                 KENNETH G. HAUSMAN
22
                                             Attorneys for Defendant JAMES CHANOS
23

24                            **ATTESTATION**

25    Pursuant to Local Rule 5-1, I, Kenneth G. Hausman, attest that all signatories listed, and on

26  whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

27
                                                 */s/ Kenneth G. Hausman*
28                                               KENNETH G. HAUSMAN

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: _____, 2015

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
WILLIAM H. ORRICK
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No.: CV 14-4329 WHO