ARNOLD & PORTER LLP
KENNETH G. HAUSMAN (No. 57252)
kenneth.hausman@aporter.com
DOUGLAS A. WINTHROP (No. 183532)
douglas.winthrop@aporter.com
JULIAN Y. WALDO (No. 277783)
julian.waldo@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:  415.471.3100
Facsimile:  415.471.3400

BOSTWICK LAW
GARY L. BOSTWICK (No. 79000)
gbostwick@B1law.com
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Telephone:  310.979.6059
Facsimile:  424.228.5975

Attorneys for Defendant
JAMES CHANOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN WYNN and WYNN RESORTS LIMITED,<br><br>               Plaintiffs,<br><br>     v.<br><br>JAMES CHANOS,<br><br>               Defendant. | Case No.: CV 14-4329 WHO<br><br>**STIPULATION AND ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: September 25, 2014 |

1      The parties to the above-entitled action, by and between their counsel of record, stipulate as follows:

      1.    Plaintiffs Stephen Wynn and Wynn Resorts Limited filed this case on September 25, 2014, stating a single claim for slander *per se*. On October 20, 2014, Defendant James Chanos filed a special motion to strike and a motion to dismiss.

      2.    On December 16, 2014, the Court granted Mr. Chanos's motion to dismiss and denied Mr. Chanos's special motion to strike without prejudice. The Court ordered that if Plaintiffs wish to amend their Complaint, they must do so by January 13, 2015.

      3.    The initial case management conference is currently set for January 13, 2015.

      4.    Given that there is currently no operative pleading in this case, the parties stipulate to continue the initial case management conference from January 13, 2015, to March 17, 2015 at 2:00 P.M. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 5, 2015                        Respectfully,

                                                      BROWNSTEIN HYATT FARBER SCHRECK, LLP
                                                      BARRY B. LANGBERG

                                                       By: */s/ Mitchell J. Langberg*
                                                            MITCHELL J. LANGBERG
                                                            Attorneys for Plaintiffs, STEPHEN WYNN and WYNN RESORTS LIMITED

Dated: January 5, 2015                        ARNOLD & PORTER LLP
                                                     KENNETH G. HAUSMAN

                                                     By: */s/ Kenneth G. Hausman*
                                                           KENNETH G. HAUSMAN

                                                     Attorneys for Defendant JAMES CHANOS

### ATTESTATION

Pursuant to Local Rule 5-1, I, Kenneth G. Hausman, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

                                                                */s/ Kenneth G. Hausman*
                                                                 KENNETH G. HAUSMAN

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, as modified below:

1. The Case Management Conference scheduled for January 13, 2015 is continued until March **24**, 2015.  In the event that there is a pending motion to dismiss scheduled to be heard after March 24, 2015, the parties may stipulate to continuing the Case Management Conference again to the date of the hearing on the motion to dismiss.



Dated: January 9, 2015

WILLIAM H. ORRICK
United States District Judge