UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WYNN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES CHANOS,<br><br>　　　　　Defendant. | Case No. 14-cv-04329-WHO<br><br>**JUDGMENT** |

On March 3, 2015, the Court granted defendant James Chanos's motion to dismiss and motion to strike under California's anti-SLAPP statute. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Chanos and against Steven Wynn and Wynn Resorts Ltd. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 4, 2015



WILLIAM H. ORRICK
United States District Judge