BROWNSTEIN HYATT FARBER SCHRECK, LLP
BARRY B. LANGBERG, SBN 48158
BLangberg@bhfs.com
MITCHELL J. LANGBERG, SBN 171912
MLangberg@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, CA  90067
Telephone:  310.500.4600
Facsimile:  310.500.4602

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
MEGAN OLIVER THOMPSON, SBN 256654
moliverthompson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Plaintiffs, STEPHEN WYNN and WYNN RESORTS LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN WYNN AND WYNN RESORTS LIMITED,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JAMES CHANOS,<br><br>　　　　Defendant. | Case No.  14-cv-04329-WHO<br><br>**NOTICE OF APPEAL; REPRESENTATION STATEMENT** |

# **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Stephen Wynn and Wynn Resorts Limited hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's March 3, 2015, Order Granting Motion to Dismiss and Motion to Strike and Denying Plaintiff's Motion for Discovery. The Order was entered as Document 64 on the docket in this action. A copy of the Order is attached hereto as "Exhibit A."

Dated: April 2, 2015

BROWNSTEIN HYATT FARBER SCHRECK, LLP
BARRY B. LANGBERG
MITCHELL J. LANGBERG


By: */s/ Mitchell J. Langberg*
MITCHELL J. LANGBERG
Attorneys for Plaintiff/ Appellant

## REPRESENTATION STATEMENT

The undersigned represents Stephen Wynn and Wynn Resorts Limited, plaintiffs and appellants in this matter, and no other party. Below is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, email and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

Plaintiff and Appellants:

Stephen Wynn and Wynn Resorts Limited

Attorneys for Plaintiffs and Appellants:

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
BARRY B. LANGBERG, SBN 48158
BLangberg@bhfs.com
MITCHELL J. LANGBERG, SBN 171912
MLangberg@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone: 310.500.4600
Facsimile: 310.500.4602

**HANSON BRIDGETT LLP**
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
MEGAN OLIVER THOMPSON, SBN 256654
moliverthompson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Defendant and Respondent:

James Chanos

Attorneys for Defendant and Respondent:

**ARNOLD & PORTER LLP**
KENNETH G. HAUSMAN (No. 57252)
kenneth.hausman@aporter.com
DOUGLAS A. WINTHROP (No. 183532)
douglas.winthrop@aporter.com
JULIAN Y. WALDO (No. 277783)
julian.waldo@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

**BOSTWICK LAW**
GARY L. BOSTWICK (No. 79000)
gbostwick@B1law.com
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Telephone: 310.979.6059
Facsimile: 424.228.5975

Dated: April 2, 2015

BROWNSTEIN HYATT FARBER SCHRECK, LLP
BARRY B. LANGBERG
MITCHELL J. LANGBERG

By: */s/ Mitchell J. Langberg*
MITCHELL J. LANGBERG
Attorneys for Plaintiff/ Appellant