United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   STEPHEN WYNN, et al.,
                                            Case No. 14-cv-04329-WHO
            Plaintiffs,
8
        v.
9                                           **ORDER MODIFYING ORDER (DKT. NO. 78)**
    JAMES CHANOS,
10
            Defendant.
11

12          The prior Order Granting in Part and Denying in Part Chanos's Motion for Attorneys'

13  Fees, Dkt. No. 78, contains a mathematical error on page 10, stating incorrectly that Chanos is

14  entitled to $32,231.23 in costs. Dkt. No. 78 at 10. According to the calculation discussed in that

15  Order, the amount that Chanos is entitled to is $36,231.23. The prior Order, Dkt. No. 78, is

16  MODIFIED to reflect that Chanos is entitled to $36,231.23 in total costs. The prior Order, Dkt.

17  No. 78, otherwise remains unchanged and in effect.

18      **IT IS SO ORDERED**.

19  Dated: June 29, 2015

20  
    _____
21  WILLIAM H. ORRICK
    United States District Judge